# B1 (Official Form 1) (1/08)

## United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> Mammoth Temecula I, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 6873; EIN: 20-0686873 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State) <br> 29970 Technology Drive <br> Murietta, CA <br> ZIPCODE 92563 | Street Address of Joint Debtor (No. and Street, City, and State) <br> ZIPCODE |
| County of Residence or of the Principal Place of Business: <br> Riverside | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> 29222 Rancho Viejo Road, #203 <br> San Juan Capistrano, CA <br> ZIPCODE 92675 | Mailing Address of Joint Debtor (if different from street address): <br> ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

### Type of Debtor
(Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other __Real Estate__

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

### Filing Fee (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box: Chapter 11 Debtors
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [ ] 1-49 | [✓] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000-5000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [✓] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [✓] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED SEP 18 2009
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Mammoth Temecula I, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)      Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Mammoth Temecula I, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. <br><br> ☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> (Date) |
| **Signature of Attorney*** <br> X _/s/_ _____ <br> Signature of Attorney for Debtor(s) <br> THOMAS CORCOVELOS 70493 <br> Printed Name of Attorney for Debtor(s) <br> Corcovelos Law Group <br> Firm Name <br> 1001 Sixth Street, Suite 150 <br> Address <br> Manhattan Beach, CA 90266 <br><br> 310-374-0116    corforlaw@corforlaw.com <br> Telephone Number                             e-mail <br> 9/18/09 <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** <br><br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _/s/_ _____ <br> Signature of Authorized Individual <br> ROBERT L. WISH <br> Printed Name of Authorized Individual <br> CEO of Managing Member Mammoth Equities LLC <br> Title of Authorized Individual <br> 9/18/09 <br> Date | |

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re  Mammoth Temecula I, LLC
                        Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Oswald & Yap<br>16148 Sand Canyon Avenue<br>Irvine, CA 92618 | | | | 613.42 |
| Continental Realty<br>38217 Augusta Drive<br>Murrieta, CA 92563 | | | | 650.00 |
| ThyssenKrupp Elevator Corp<br>P. O. Box 933013<br>Atlanta, GA 31193 | | | | 750.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Heaviland Enterprises, Inc.<br>2180 La Mirada Drive<br>Vista, CA 92081 | | | | 875.00 |
| Heaviland Enterprises, Inc.<br>2180 La Mirada Drive<br>Vista, CA 92081 | | | | 875.00 |
| Omega Engineering Consultants<br>9517 Grossmont Summit Drive<br>La Mesa, CA 91941 | | | | 980.00 |
| BCI/Phoenix Issa<br>19800 MacArthur Blvd., #650<br>Irvine, CA 92612 | | | | 1,487.00 |
| Vaughn Irrigation Services, Inc.<br>P. O. Box 460037<br>Escondido, CA 92046 | | | | 1,852.91 |
| Big Mike Electric<br>10432 Vic Place<br>Garden Grove, CA 92840 | | | | 1,975.00 |
| Southern California Edison<br>P. O. Box 300<br>Rosemead, CA 91772 | | | | 2,483.99 |
| Action 1 Janitorial<br>39671 Knollridge Drive<br>Temecula, CA 92591 | | | | 2,855.05 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32686

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Heaviland Enterprises, Inc. 2180 La Mirada Drive Vista, CA 92081 | | | | 2,976.54 |
| Ontario Refrigeration 635 S. Mountain Avenue Ontario, CA 91762 | | | | 2,990.00 |
| Oswald & Yap LLP 16148 Sand Canyon Avenue Irvine, CA 92618 | | | | 3,243.34 |
| Mammoth Equities, LLC 29222 Rancho Viejo Road, #203 San Juan Capistrano, CA 92675 | | | | 34,791.08 |
| Mammoth Equities Construction Group, Inc ? | | | | 99,298.02 |
| Al Pekarcik/Dan Vittone , | | | | 173,400.00 |
| Robert Wish/Pacific Mercantile Bank , | | | | 246,117.37 |
| Mammoth Equities Property Management Group, Inc. 29222 Rancho Viejo Road, Suite 203 San Juan Capistrano, CA 92675 | | | | 290,146.23 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32606

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    9/18/09

Signature    _____
ROBERT L. WISH,
CEO of Managing Member Mammoth Equities LLC

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re  Mammoth Temecula I, LLC ,

Debtor

Case No. _____

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 6 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date  9/18/09         Signature  _____
ROBERT L. WISH,
CEO of Managing Member Mammoth Equities LLC

Thomas Corcovelos
Corcovelos Law Group
1001 Sixth Street,
Suite 150
Manhattan Beach, CA 90266
310-374-0116
310-318-3832

Mammoth Temecula I, LLC
29222 Rancho Viejo Road, #203
San Juan Capistrano, CA 92675

Thomas Corcovelos
Corcovelos Law Group
1001 Sixth Street, Suite 150
Manhattan Beach, CA 90266

Office of the United States Trustee
3685 Main St. Ste. 300
Riverside, CA 92501

A Good Sign, Inc.
25801 Obrero Drive #1
Mission Viejo, CA 92691


AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331


AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331


AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331


Action 1 Janitorial
39671 Knollridge Drive
Temecula, CA 92591


Al Pekarcik/Dan Vittone
,


BCI/Phoenix Issa
19800 MacArthur Blvd., #650
Irvine, CA 92612


Big Mike Electric
10432 Vic Place
Garden Grove, CA 92840


Continental Realty
38217 Augusta Drive
Murrieta, CA 92563


David S. Schonfeld
801 E. Chapman Ave., #214
Fullerton, CA 92831


Eastern Municipal Water District
P. O. Box 8300
Perris, CA 92572

Grainger
310 E. Ball Road
Anaheim, CA 92805


Grainger
Dept 857349278
Palatine, IL 60038


Greater Alarm
17992 Cowan
Irvine, CA 92614


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Jon's Flags & Poles, Inc.
3215 Chicago Avenue
Riverside, CA 92507


Mammoth Equities Construction Group, Inc
?


Mammoth Equities Property Management Group, Inc.
29222 Rancho Viejo Road, Suite 203
San Juan Capistrano, CA 92675

Mammoth Equities, LLC
29222 Rancho Viejo Road, #203
San Juan Capistrano, CA 92675


Mammoth Equities, LLC
29222 Rancho Viejo Road, #203
San Juan Capistrano, CA 92675


Omega Engineering Consultants
9517 Grossmont Summit Drive
La Mesa, CA 91941


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762


Oswald & Yap
16148 Sand Canyon Avenue
Irvine, CA 92618


Oswald & Yap LLP
16148 Sand Canyon Avenue
Irvine, CA 92618

Oswald & Yap LLP
16148 Sand Canyon Avenue
Irvine, CA 92618


Pacific Regional Security Inc.
28451 Ficus Ct
Murrieta, CA 92563


Pacific Regional Security, Inc.
28451 Ficus Ct
Murrieta, CA 92563


Robert Wish/Pacific Mercantile Bank
,


Southern California Edison
P. O. Box 300
Rosemead, CA 91772


Southern California Edison
P. O. Box 300
Rosemead, CA 91772


Terminix
41775 Elm Street, #301 & 302
Murrietta, CA 92562


The Greater Alarm Company, Inc.
P. O. Box 660824
Dallas, TX 75266


ThyssenKrupp Elevator Corp
P. O. Box 933013
Atlanta, GA 31193


Total LandCare
P. O. Box 8933234
Temecula, CA 92589


Total LandCare
P. O. Box 893324
Temecula, CA 92589

Vaughn Irrigation Services, Inc.
P. O. Box 460037
Escondido, CA 92046


Verizon
P. O. Box 9688
Mission Hills, CA 91346


Wachovia Bank, N.A.
4 Embarcadero Center
San Francisco, CA 94111


Waste Management
13940 Live Oak Avenue
Baldwin Park, CA 91706


Webb Pools
P. O. Box 634
Murrieta, CA 92564


Webb Pools
P. O. Box 634
Murrieta, CA 92564